1188

No. 84–5802. IN RE ELY. Petition for writ of mandamus denied.

No. 84–755. UNITED STATES v. MONTOYA DE HERNANDEZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–823. UNITED STATES v. DOE No. 462. C. A. 4th Cir. Certiorari granted.

No. 84–861. NATIONAL LABOR RELATIONS BOARD v. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. 4th Cir. Certiorari granted.

No. 83–1038. DORING, EXECUTRIX OF THE ESTATE OF KERBER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1647. LINDY PEN CO., INC., ET AL. v. BIC PEN CORP. C. A. 9th Cir. Certiorari denied.

No. 83–1864. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. v. NELSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1988. MASI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–6713. RANKINS v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 83–6885. WEST v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–6962. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–67. LINDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–372. FRIEDRICH v. UNITED STATES; and
No. 84–409. BEASLEY ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 736 F. 2d 571.